Eileen M. Bissen, State Bar No. 245821
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA  94104
Tel.   (415) 677-9440
Fax   (415) 677-9445
Email: ebissen@neyhartlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Board of Trustees of the Plastering Industry Welfare Trust Fund; Board of Trustees of the Northern California Plastering Industry Pension Trust Fund; Board of Trustees of the Operative Plasterers Local Union No. 66 Supplemental Retirement Benefit Fund; Board of Trustees of the Operative Plasterers Local Union No. 66 Journeyman and Apprentice Training Trust Fund; and Board of Trustees of the Plastering Industry Labor-Management Cooperation Committee Trust Fund,<br><br>    Plaintiffs,<br><br>    v.<br><br>La Paz Stucco & Plastering, Inc.;<br><br>    Defendant. | Case No.   11-cv-5322 TEH<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

**TO THE ABOVE-ENTITLED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF TO THE RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Board of Trustees of the Northern California Plasterers Health and Welfare Trust Fund (formerly, the Plastering Industry Welfare Trust Fund); Board of Trustees of the Northern California Plastering Industry Pension Trust Fund; Board of Trustees of the Operative Plasterers Local Union No. 66 Supplemental Retirement Benefit Fund;

Board of Trustees of the Operative Plasterers Local Union No. 66 Journeyman and Apprentice Training Trust Fund; and Board of Trustees of the Plastering Industry Labor-Management Cooperation Committee Trust Fund (hereafter referred to collectively as "Plaintiffs") hereby substitute Eileen M. Bissen and her firm, Neyhart, Anderson, Flynn & Grosboll, APC, in place of and instead of Diane Sidd-Champion and her firm, Wylie, McBride, Platten & Renner, as counsel and attorneys of record in this matter. Plaintiffs' new counsel in this matter and new attorneys of record to whom all notices and papers should be served is:

> Eileen M. Bissen, Esq. (SBN 245821)
> NEYHART, ANDERSON, FLYNN & GROSBOLL, APC
> 369 Pine Street, Suite 800
> San Francisco, CA 94104
> Telephone: (415) 677-9440
> Facsimile: (415) 677-9445
> Email: ebissen@neyhartlaw.com

As new counsel of record, the undersigned hereby accepts this substitution:

NEYHART, ANDERSON, FLYNN & GROSBOLL, APC

By: _____  Dated: ~~December~~ January 4, 20~~13~~14
Eileen M. Bissen, Esq.

The undersigned hereby agrees to the substitution of Eileen M. Bissen as new counsel of record:

WYLIE, MCBRIDE, PLATTEN & RENNER

By: /s/ Diane Sidd-Champion  Dated: December 30, 2013
Diane Sidd-Champion, Esq.

Plaintiffs Board of Trustees of the Northern California Plasterers Health and Welfare Trust Fund (formerly, the Plastering Industry Welfare Trust Fund); Board of Trustees of the Northern California Plastering Industry Pension Trust Fund; Board of Trustees of the Operative Plasterers Local Union No. 66 Supplemental Retirement Benefit Fund; Board of Trustees of the Operative Plasterers Local Union No. 66 Journeyman and Apprentice Training Trust Fund; and Board of Trustees of the Plastering Industry Labor-Management Cooperation Committee Trust Fund

By: /s/ Nancy Brinkerhoff  Dated: December ___, 2013
Nancy Brinkerhoff

SUBSTITUTION OF COUNSEL
Case No. 11-cv-5322 TEH

**IT IS SO ORDERED**
/s/ Thelton E. Henderson
Judge Thelton E. Henderson
01/13/2014